# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| BRITAIN ALEXANDER,<br>        Plaintiff, | CASE NO. 1:20-cv-04041 |
| v. | Judge Sharon Johnson Coleman |
| TRANS UNION LLC,<br>        Defendant. | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Britain Alexander, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union in this action. Plaintiff and Trans Union anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the settlement is consummated; however, the Court will retain jurisdiction until that is completed.

Respectfully submitted,

| | |
|---|---|
| /s/ Syed H. Hussain (with consent) | /s/ Kari A. Morrigan |
| Syed H. Hussain, Esq. | Sandra Davis Jansen, Esq. (IL #2780353) |
| Bar Number: Illinois 6331378 | Kari A. Morrigan, Esq. (IL #3470649) |
| Price Law Group, APC | Schuckit & Associates, P.C. |
| 440 N. McClurg Ct. #803 | 4545 Northwestern Drive |
| Chicago, IL 60611 | Zionsville, IN 46077 |
| T: (818) 600-5535 | Telephone: 317-363-2400 |
| F: (818) 600-5435 | Fax: 317-363-2257 |
| E: syed@pricelawgroup.com | E-Mail: sjansen@schuckitlaw.com |
| |         kmorrigan@schuckitlaw.com |
| *Attorney for Plaintiff* | *Counsel for Defendant Trans Union, LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **19th day of October, 2020**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Syed H. Hussain, Esq. syed@pricelawgroup.com | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **19th day of October, 2020** properly addressed as follows:

| None. | |
|---|---|

*/s/ Kari A. Morrigan*
Sandra Davis Jansen, Esq. (IL #2780353)
Kari A. Morrigan, Esq. (IL #3470649)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: sjansen@schuckitlaw.com
kmorrigan@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*