# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| BRITAIN ALEXANDER,<br>   Plaintiff, | CASE NO. 1:20-cv-04041 |
| v. | Judge Sharon Johnson Coleman |
| TRANS UNION LLC,<br>   Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC

Plaintiff Britain Alexander ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                Respectfully submitted,

Date: November 9, 2020         */s/ Syed Haseeb Hussain (with consent)*
                      Syed Haseeb Hussain, Esq.
                      Price Law Group APC
                      440 N. McClurg Ct., #803
                      Chicago, IL 60611
                      Telephone: (818) 600-5535
                      Fax: (818) 600-5435
                      E-Mail: syed@pricelawgroup.com

                      *Counsel for Britain Alexander*

Date:  November 9, 2020  /s/ Kari A. Morrigan
Sandra Davis Jansen, Esq. (IL #2780353)
Kari A. Morrigan, Esq. (IL #3470649)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com
         kmorrigan@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*


Daniel O. Halvorsen, Esq. (IL #6225111)
TransUnion, LLC
555 West Adams Street
Chicago, IL  60661
Phone:  (312) 213-9858
Fax:  (312) 466-7986
E-Mail:  daniel.halvorsen@transunion.com

*Local Counsel for Defendant Trans Union, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **9th day of November, 2020**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Syed H. Hussain, Esq. syed@pricelawgroup.com | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **9th day of November, 2020** properly addressed as follows:

| None. | |
|---|---|

*/s/ Kari A. Morrigan*
Sandra Davis Jansen, Esq. (IL #2780353)
Kari A. Morrigan, Esq. (IL #3470649)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: sjansen@schuckitlaw.com
kmorrigan@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*